In the Matter of STEVEN B., Respondent. ADMINISTRATION FOR CHILDREN'S SERVICES OF THE CITY OF NEW YORK, Respondent; MAKEBA S., Appellant.

Submitted February 6, 2006; decided February 9, 2006

Motion for assignment of counsel granted and Howard M. Simms, Esq., 295 Greenwich Street 222, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.